

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00552-CV

IN THE MATTER OF THE MARRIAGE OF
CURTIS LILLY AND KIMBERLY
THOMPSON LILLY

§ On Appeal from the 360th District
Court

§ of Tarrant County (360-739562-23)

§ January 16, 2025

§ Memorandum Opinion by Justice
Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
Justice Wade Birdwell